# United States Court of Appeals
## For the First Circuit

No. 00-1065

WILLIAM A. BRANDT, JR.,

Plaintiff, Appellant,

v.

WAND PARTNERS, ET AL.,

Defendants, Appellees.

**ERRATA**

The opinion of this court issued on March 2, 2001, is amended as follows:

On page 7, line 2, change the words "Massachusetts, 11" to "Massachusetts.  11".

On page 7, footnote 3, line 5, change the words "(4) and" to "and (4)".

On page 8, second full paragraph, line 6, delete the comma after the word "Lazard".

On page 8, second full paragraph, line 7, add a comma after the word "waived)".

On page 15, last line, change the word "its" to "his".

On page 23, second full paragraph, line 6, change "Comm'n," to Commission,".